UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERT DUYMAYAN,<br><br>          Plaintiff,<br><br>     v.<br><br>US FEDERAL GOVERNMENT,<br><br>          Defendant. | No. 2:25-cv-09271-AH (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Mert Duymayan ("Plaintiff") and the Report and Recommendation of the assigned magistrate judge (Dkt. 6, "Report"). Plaintiff did not file a timely Objection to the Report. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Plaintiff's IFP Requests (Dkt. 2, 3) are DENIED and Judgment shall be entered dismissing this action without prejudice.

Dated: OCTOBER 31, 2025

_____
ANNE HWANG
United States District Judge