JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MERT DUYMAYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>US FEDERAL GOVERNMENT,<br><br>    Defendant. | No. 2:25-cv-09271-AH (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: OCTOBER 31, 2025

_____
ANNE HWANG
United States District Judge